# BENJAMIN, VANA, MARTINEZ & CANO, L.L.P.

ATTORNEYS AND COUNSELORS
2161 NW MILITARY HWY, SUITE 111
SAN ANTONIO, TEXAS 78213
TELEPHONE: (210) 881-0667

E-MAIL: DANVANA@BENLAWSA.COM

AUSTIN
3600 BEE CAVES ROAD, SUITE 201
AUSTIN, TEXAS 78746
TELEPHONE (512) 732-1880
FACSIMILE: (210) 881-0668

June 7, 2024

***Via email:*** mbryant@paynelawfirm.com
Marquise Bryant
2900 Smith Street, Suite 200
Houston, Texas 77006

RE :   Civil Action No: 7:23-cv-339; Cassandra Whitaker as Putative Representative of The Estate of Nashyra Whitaker v. Bianca Farmer, et. al.
BVMC No. 248-207

Dear Mr. Bryant:

In follow up to our last telephone conference, this settlement offer is being made to Cassandra Whitaker, individually and as representative of the estate of Nashyra Whitaker in consideration to settle all claims against Bianca Farmer, EAN Holdings, LLC and Enterprise Holdings, Inc. and their affiliates, employees and agents per Rule 11 Agreement, Rule 408 Agreement and stipulation of settlement terms below. Provided your client agrees, please have your client sign and return, and I will draft the Release, Motions and Orders:

> a. It is agreed by signing below, a total payment of          will be paid to Cassandra Whitaker, individually and as representative of the estate of Nashyra Whitaker, her estate, executor, administrator, beneficiaries, heirs or persons who can claim by, through or under them (collectively called Releasor) for Releasor to fully settle, release and discharge all past, present and future claims, causes of action and damages against Bianca Farmer, Austin Hazelrig, EAN Holdings, LLC and Enterprise Holdings, Inc., their affiliates, agents and employees (collectively called "Releasees") arising out of, result from or related to the accident that occurred on or about September 5, 2021 in McAllen, Hidalgo County, Texas per the McAllen Police Department report 18464282.1 / 2021421860, the Ford F150 vehicle VIN 1FTEW1E40LFA41499, the rental, ownership, maintenance, use, operation or entrustment of the vehicle, and any owner's or driver's financial responsibility under Chapter 601 of the Texas Transportation Code, whether for bodily injury, survival, wrongful death, property damages, and any other actual or exemplary damages, known or unknown, that were or could have been

asserted against any Releasee in Cause No. C-2788-23-J in Hidalgo County, Texas; Civil Action M-23-339 in the United States District Court Southern District of Texas – McAllen Division, or other proceeding (collectively called "the incidents in question") and also with the following terms;

b. From the settlement proceeds, Releasor will pay all of Releasor's medical, health care providers, hospital, Medicaid, Medicare, and other liens, subrogation holders, attorney's fees, expert fees, courts costs and expenses which relate to, arise or result from the incidents in question and/or payment of the settlement proceeds;

c. Releasor agrees to indemnify Releasees for any further claims, causes of action and damages brought by, through or on behalf Releasor, the estate, executor, administrator, beneficiary or person who claims by, through or under them, assignee, lienholder or subrogation holder which relate to, arise or result from the incidents in question and/or the settlement proceeds;

d. Releasor will obtain a written final closing statement from any lien holder (if any) stating the amount to be paid from the settlement proceeds, and Releasee will make payment with 10 business days of receipt of the written final closing statements as follows: (i.) first or priority payment will be made to the lienholder(s) and (ii.) the remaining balance of the settlement proceeds to Releasor and her attorneys;

e. Releasor agrees to execute a more detailed Release of all Claims consistent with the above; and

f. Upon receipt of the settlement proceeds, Releasor agrees to concurrently execute a Motion and Order of dismissal with prejudice against Defendants Bianca Farmer, EAN Holdings, LLC and Enterprise Holdings, Inc. and to file same with the Court in Civil Action M-23-339 in the United States District Court Southern District of Texas – McAllen Division, Cause No. C-2788-23-J in Hidalgo County, Texas, or in any other proceeding to effectuate a dismissal of claims against Releasees.

g. This Rule 11, Rule 408 Settlement Agreement and stipulation of settlement terms is irrevocable, binding and effective in State Court, Federal Court or any other proceeding.

Very truly yours,

*Dan Vana*

Dan Vana
Counsel for Defendant,
EAN Holdings, LLC and
Enterprise Holdings, Inc.

Signed: *Cassandra Whitaker*   Date: 06/14/2024
Agreed and accepted by: Cassandra Whitaker, individually and
as Putative Representative of The Estate of Nashyra Whitaker


Signed: *Marquise Bryant*   Date: 6/14/2024
Confirms Cassendra Whitacker signed above: Marquise Bryant,
attorney for Cassandra Whitaker, individually and
as Putative Representative of The Estate of Nashyra Whitaker

# Signature Certificate

Reference number: YFRJK-J9C2U-JHDMH-7K3ZG

| Signer | Timestamp | Signature |
|---|---|---|

**Marquise Bryant**
Email: mbryant@paynelawfirm.com

Sent:    14 Jun 2024 15:11:50 UTC
Viewed:  14 Jun 2024 15:12:11 UTC
Signed:  14 Jun 2024 15:12:54 UTC

*Marquise Bryant*

**Recipient Verification:**
✔ Email verified    14 Jun 2024 15:12:11 UTC

IP address: 104.55.69.6
Location: Houston, United States

**Cassandra Whitaker**
Email:

Sent:    14 Jun 2024 15:11:50 UTC
Viewed:  14 Jun 2024 15:18:34 UTC
Signed:  14 Jun 2024 15:19:56 UTC

*Cassandra Whitaker*

**Recipient Verification:**
✔ Email verified    14 Jun 2024 15:18:34 UTC

IP address: 216.115.147.17
Location: Gonzales, United States

Document completed by all parties on:
14 Jun 2024 15:19:56 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

