United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **CASSANDRA WHITAKER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Case No. 7:23-CV-00339 |
| § | |
| **BIANCA FARMER, EAN HOLDINGS,** § | |
| **LLC, DRAGON DREAM INC., ALL** § | |
| **SQUARE, INC., RED DOOR** § | |
| **ENTERTAINMENT, LLC, RED DOOR** § | |
| **CARRIERS, LLC, IZK, LLC, ARMANDO** § | |
| **LOPEZ JR., ADRIANA TREVINO,** § | |
| **ISSAC V GARCIA and CESAR CRUZ,** § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the May 28, 2024 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 34). Judge Bray made findings and conclusions and recommended that Defendant EAN Holdings, LLC's Motion to Dismiss, (Dkt. No. 17), be granted. (Dkt. No. 34).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R, (Dkt. No. 34), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant EAN Holdings, LLC's Motion to Dismiss (Dkt. No. 17), is **GRANTED**;

(3) Plaintiff's claims against Defendant EAN Holdings, LLC are **DISMISSED WITH PREJUDICE**; and

(4) Defendant EAN Holdings, LLC is **DISMISSED** from this case.

It is SO ORDERED.

Signed on June 25, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**