United States District Court
Southern District of Texas
**ENTERED**
October 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Cassandra Whitaker as Putative Representative of the Estate of Nashyra Whitaker,<br>   *Plaintiffs*,<br><br>v.<br><br>Bianca Famer, et al.,<br>   *Defendants*. | §§§§§§§§§ | Civil Action M-23-339 |

## MEMORANDUM AND RECOMMENDATION

This case has been referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1). ECF No. 4. On June 24, 2024, the court ordered the Plaintiff to serve "any outstanding defendants against whom Plaintiff wishes to pursue her claims" by July 26, 2024. ECF No. 42 at 2. At the hearing held on October 10, 2024, Plaintiff's counsel stated that Defendants Red Door Entertainment, LLC, Red Door Carriers, LLC, Armando Lopez, Jr. and Cesar Cruz have not been served. Accordingly, pursuant to Rule 4(m), the court recommends Defendants Red Door Entertainment, LLC, Red Door Carriers, LLC, Armando Lopez, Jr. and Cesar Cruz be dismissed without prejudice for failure to serve them.

The parties have fourteen days from service of this Memorandum and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72. Failure to timely file objections will preclude appellate review of factual findings or legal conclusions, except for plain error. *See Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas on October 10, 2024.

_____
Peter Bray
United States Magistrate Judge