Case 7:23-cv-00339   Document 86   Filed 02/18/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CASSANDRA WHITAKER, as putative representative of the estate of NASHYRA WHITAKER,  Plaintiff,  VS.  BIANCA FARMER, et al.,  Defendants. | § § § § § § § § § § § |

Civil Case No. 7:23-cv-00339

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the February 3, 2026 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 85). Judge Bray made findings and conclusions and recommended that Plaintiff's Second Amended Motion for Default Judgment, (Dkt. No. 76), be granted. (Dkt. No. 85).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 85) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Default Judgment is hereby entered against Adriana Trevino, All Square Inc., Issac V. Garcia, and IZK LLC; and

(3)    Plaintiff's Second Amended Motion for Default Judgment, (Dkt. No. 76), is **GRANTED**.

It is SO ORDERED.

Signed on February 18, 2026.

                                                               _____
                                                                     **DREW B. TIPTON**
                                                            **UNITED STATES DISTRICT JUDGE**